450 A.2d 1045

Lundy v. Manhattan Shirt Company et al.

Appeal of Manhattan Shirt Company.

Argued February 3, 1982.
Martin J. King, for appellant; Kevin Gerard Amadio, for appellee.

Before WICKERSHAM, ROWLEY and McEWEN, JJ.

Order affirmed.

450 A.2d 1046

Murphy, Appellant v. Hoesch.

Argued January 6, 1982. Robert J. Murphy, for appellant; Edward L. Edelstein, for appellees.

Before SPAETH, CAVANAUGH and MONTEMURO, JJ.

Order affirmed.